7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ernst n/m/n Ordeus (Trnsfrd to Western Div)
**Debtor**

*Bankruptcy Case No.*
14–50609–can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
16–04048–can

v.

**Ernst N/M/N Ordeus**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the Defendants discharge shall be revoked pursuant to 11 U.S.C. § 727(d)(3).



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 8/1/16

Court to serve